### PEOPLE *v.* HASTINGS.

APPEAL AND ERROR—CRIMINAL LAW—FISH—VERDICT OF NOT GUILTY NOT REVIEWABLE BY PEOPLE—STATUTES.

In a prosecution for a violation of the statute prohibiting obstruction of the free passage of fish up and down the streams of the State (2 Comp. Laws 1915, § 7623 *et seq.*), the verdict of not guilty rendered by the jury under the direction of the trial judge may not be reviewed by the people by writ of error under Act No. 159, Pub. Acts 1917, since section 3 of said act unequivocally provides that no writ may be taken where there has been a verdict in favor of the defendant.

Error to Genesee; Black (Edward D.), J.  Submitted April 15, 1921.  (Docket No. 126.)  Decided June 6, 1921.

William Hastings was convicted in justice's court of violating the fish law.  Upon appeal to the circuit court, a verdict of not guilty was directed by the court.

The people bring error under Act No. 159, Pub. Acts 1917.   Writ dismissed.

*Merlin Wiley,* Attorney General, and *Harry G. Gault,* Prosecuting Attorney, for the people.

*Farley & Selby* and *George W. Cook,* for appellee.

PER CURIAM.   Defendant was convicted in justice's court of a violation of certain provisions of Act No. 295, Pub. Acts 1909, as amended by Act No. 78, Pub. Acts 1911 (2 Comp. Laws 1915, § 7623 *et seq.*).   Upon a trial in the circuit court the jury rendered a verdict of not guilty under the direction of the trial judge. The action of the trial judge was in the main prompted by his view that the act was invalid.   The people seek to review this action under the provisions of Act No. 159, Pub. Acts 1917.

While some equivocal language will be found in subdivision (*b*) of section 1 of this act, the unequivocal language found in section 3 precludes a review in this court where there has been a verdict by the jury of not guilty.   The proviso of this section is as follows:

*"Provided,* That no writ of error shall be taken by or allowed the people of the State of Michigan in any case where there has been a verdict in favor of the defendant."

The writ of error must be dismissed.